## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW HOPKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:21-cv-02735-PBT |
| v. | ) | |
| | ) | |
| PREMIER FINANCIAL BANCORP, INC., | ) | |
| ROBERT W. WALKER, TONEY K. | ) | |
| ADKINS, HARRY M. HATFIELD, LLYOD | ) | |
| G. JACKSON II, PHILIP E. CLINE, KEITH | ) | |
| F. MOLIHAN, MARSHALL T. | ) | |
| REYNOLDS, NEAL SCAGGS, THOMAS | ) | |
| W. WRIGHT, DOUGLAS V. REYNOLDS, | ) | |
| and PEOPLES BANCORP INC., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action").  Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated:  November 2, 2021

**GRABAR LAW OFFICE**

By:  _Joshua H. Grabar_

Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*